The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN SWANSON, | CASE NO. 2:17-cv-660-RSM |
| Plaintiff, | |
| v. | STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

## JOINT STIPULATION

COMES NOW the Plaintiff, John Swanson, through his attorney, Mark O'Halloran, and Defendant, the United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the initial scheduling dates in this matter as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 07/17/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 07/24/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 07/31/2017 |

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | This extension is necessary because the United States was only recently served on May 11, 2017 and has not yet filed an answer or had adequate time to confer with the federal agency or understand the facts or nature of the case sufficient to participate in a discovery conference, submit initial disclosures or prepare a discovery plan. The United States' answer is due on July 10, 2017. As such, the parties are requesting an extension of time for the initial scheduling dates to allow them time to review the initial pleadings and participate meaningfully in the FRCP 26 process. |

This extension is necessary because the United States was only recently served on May 11, 2017 and has not yet filed an answer or had adequate time to confer with the federal agency or understand the facts or nature of the case sufficient to participate in a discovery conference, submit initial disclosures or prepare a discovery plan. The United States' answer is due on July 10, 2017. As such, the parties are requesting an extension of time for the initial scheduling dates to allow them time to review the initial pleadings and participate meaningfully in the FRCP 26 process.

The parties though their counsel further agree that neither party will be prejudiced by this agreement.

DATED this <u>5th</u> day of June, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

s/ *Mark O'Halloran*  
MARK W. D. O'HALLORAN  
WSBA #33149  
Gosanko & O'Halloran, PLLC  
7900 SE 28th St. Ste 500  
Mercer Island, WA 98040  
Telephone: (206) 275-0700  
Email: mark@gosankolaw.com  

s/ *Tricia Boerger*  
TRICIA BOERGER, WSBA #38581  
Assistant United States Attorney  
Western District of Washington  
United States Attorney's Office  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
Phone: 206-553-7970  
Email: tricia.boerger@usdoj.gov  

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to extend the initial scheduling dates as requested. Counsel for the United States has not yet filed an answer or had sufficient time to review the case, such that neither party would be in a position to meaningfully participate in the FRCP 26 process. As such, and the parties having so stipulated and agreed, it is hereby **ORDERED** that the initial scheduling dates are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 07/17/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 07/24/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 07/31/2017 |

DATED this 6 day of June 2017.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE