| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONN SWANSON,

                Plaintiff,

     v.

UNITED STATES OF AMERICA,

                Defendants.

CASE NO. C17-660 RSM

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**JOINT STIPULATION**

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE that this case has been resolved and should be dismissed with prejudice and without costs or fees to either party. The parties also stipulate and agree that this Court shall retain jurisdiction over the above captioned action and the terms of the settlement thereof.

//

//

//

//

STIPULATION AND
ORDER FOR DISMISSAL
WITH PREJUDICE
2:17-cv-660-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 31st day of July, 2017.

               Respectfully submitted,

               ANNETTE L. HAYES
               United States Attorney

| s/ *Mark W.D. O'Halloran* | s/ *Tricia Boerger* |
|---|---|
| MARK W. D. O'HALLORAN | TRICIA BOERGER, WSBA #38581 |
| WSBA #33149 | Assistant United States Attorney |
| Gosanko & O'Halloran, PLLC | Western District of Washington |
| 7900 SE 28th St. Ste 500 | United States Attorney's Office |
| Mercer Island, WA 98040 | 700 Stewart Street, Suite 5220 |
| Telephone: (206) 275-0700 | Seattle, Washington 98101-1271 |
| Email: mark@gosankolaw.com | Phone: 206-553-7970 |
| | Email: tricia.boerger@usdoj.gov |

## **ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof.

DATED this 3rd day of August 2017.

               _____
               RICARDO S. MARTINEZ
               CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER FOR DISMISSAL
WITH PREJUDICE
2:17-cv-660-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | *Presented by:* |
| 5 | |
| 6 | ANNETTE L. HAYES<br>United States Attorney |
| 7 | |
| 8 | */s/ Tricia Boerger*<br>TRICIA BOERGER, WSBA #38581 |
| 9 | Assistant United States Attorney<br>Western District of Washington |
| 10 | United States Attorney's Office |
| 11 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 12 | Phone: 206-553-7970<br>E-mail: tricia.boerger@usdoj.gov |
| 13 | |
| 14 | Attorneys for Defendant |

STIPULATION AND
ORDER FOR DISMISSAL
WITH PREJUDICE
2:17-cv-660-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970